**Leothis WEST, Appellant**

v.

**Rosie RIOS, Appellee.**

No. 11–5003.

United States Court of Appeals, District of Columbia Circuit.

June 21, 2011.

Leothis West, Washington, DC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

Before: SENTELLE, Chief Judge, and ROGERS and GRIFFITH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed December 30, 2010, be affirmed. The district court properly dismissed appellant's complaint without prejudice on the ground that it did not meet the requirements of Federal Rule of

Civil Procedure 8(a). *See Ciralsky v. CIA,* 355 F.3d 661, 668–71 (D.C.Cir.2004). That rule requires "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a). To comply with the rule, a complaint should identify the "circumstances, occurrences, and events" that support the claim for relief. *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 556 n.3, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (citation omitted).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.